NAME: JAE JUNE PAK
NUMBER: 02116-093, D-UNIT
FCI PO BOX. 1731
WASECA, MN 56093

**FILED**
DISTRICT COURT OF GUAM
JUN 13 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

JAE JUNE PAK
    PETITIONER.

VS.

SIX UNKNOWN NAMES AGENTS.
    RESPONDENTS.

CIVIL RIGHT ACTION
UNDER 42 USCA 1983
COMPLAINT.

**06-00015**

STATEMENT CLAIM: NO TOTAL DATE IN CUSTODY MORE THAN ONE YEAR, NO FEDERAL CIVIL ACTION BY A PRISONER CONFINED IN A JAIL, PRISON, FOR MENTAL, EMOTIONAL INJURY SUFFERED WHILE IN CUSTODY, THE WRIT OF HABEAS CORPUS, THE WRIT OF MANDAMUS IMMEDIATELY RELEASE FROM PRISON, THE WRIT OF STAY ALL CASES DECISION, TRANSFER, REHEARING, THE WRIT OF CERTIORARI FOR A JUSTICE OF THE SUPREME COURT OF THE UNITED STATES, PRIVILEGE, IMMUNITY, PARDON, DISCHARGE, NO ENTRAPMENT, NO WITNESSES TESTIFIED, NO SLANDER, NO INEFFECTIVE ASSISTANCE COUNSEL CLAIM, THE EIGHTH AMENDMENT NOR CRUEL AND UNUSUAL PUNISHMENT, NO STATE FOR THE FOURTEENTH AMENDMENT, NO UNUSUAL SEARCH AND SEIZURE, WITHOUT WARRANT ARRESTED FOR THE FOURTH AMENDMENT VIOLATION, OR NO FEDERAL CR. RULE ELEVEN VIOLATION, THE WRIT OF EXECUTIVE, PLENARY PROCEEDING, THE WRIT OF VOTE BY THE CONGRESS, THE WRIT OF ALL CASES FINAL DECISION WITHIN THIRTY DAYS SCHEDULED ON JULY 10 , 2006, AT 1:00 PM, AND TRIAL BY JURY.
" BY THE ORDER, OR DECREE ON TODAY, OR WITHIN TEN DAYS, OR PROMPTLY."
NO IMPROPER VENUE.

RELIEF: THE WRIT OF ATTACHMENT AND GARNISHMENT, THE WRIT OF COMPENSATORY AND PUNITIVE DAMAGES, THE SUM OF AMOUNT IS SAME AS LAST TIME, WITHOUT TAX, NO COURT FEES, BY JURY.

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE PETITION IS TRUE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.
DATE:
JUNE 7, 2006    PRAYER, JAE JUNE PAK, 02116-093    PRO SE