# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Jae June Pak, | Civil Case No. 1:06-cv-00015 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| Six Unknown Names Agents, | |
| Defendants. | |

Judgment is hereby entered in accordance with the Order filed July 6, 2006.

Dated this 6th day of July, 2006, Hagatna, Guam.

/s/ **Mary L.M. Moran**
Clerk of Court