GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| Jae June Pak, <br><br> Plaintiff, <br><br> vs. <br><br> Six Unknown Names Agents, <br><br> Defendants. | Case No. 1:06-cv-00015 |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order and judgment:

**Order filed July 6, 2006**
**Date of Entry: July 6, 2006**

**Judgment filed July 6, 2006**
**Date of Entry: July 6, 2006**

The original order and judgment is on file at the Clerk's Office of this court. The documents may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** July 6, 2006

Clerk of Court
**/s/ Mary L.M. Moran**