# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| Jae June Pak**,** <br><br> Plaintiff, <br><br> vs. <br><br> Six Unknown Names Agents**,** <br><br> Defendants. | **Case No: 1:06-cv-00015** |

The following entity was served by first class mail on July 7, 2006:

    Jae June Pak
    Reg# 02116-093
    Federal Correctional Institution
    P.O. Box 1731
    Waseca, MN 56093

I, Virginia T. Kilgore, declare under penalty of perjury that on the above-listed date I served the:

   Order, Judgment and Notice of Entry filed July 6, 2006

on the above listed entity in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 7, 2006                                 /s/ Virginia T. Kilgore
                                                                       Deputy Clerk